United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENNOVA DIRECT, INC.,

    Plaintiff,

v.

A-DATA TECHNOLOGY (U.S.A.) CO., LTD., et al.,

    Defendants.

                                                      /

No. C 10-01518 JSW

**ORDER TO SHOW CAUSE**

       While this case was pending in the Eastern District of Texas, all defendants consented to have the case heard by a magistrate judge. Once a case is referred to a magistrate judge pursuant to 28 U.S.C. § 636(c), the reference can be withdrawn by the court only "for good cause shown on its own motion, or under *extraordinary circumstances* shown by any party." 28 U.S.C. § 636(c)(6) (emphasis added); *see also Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993) ("There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge."); *Fellman v. Fireman's Fund Ins. Co.,* 735 F.2d 55, 58 (2d Cir.1984). Despite the requirement of extraordinary circumstances, defendant Transcend Information Inc. filed a declination of consent after this matter was transferred to the Northern District of California without providing any explanation regarding the withdrawal of its consent.

///

///

///

Therefore, the Court HEREBY ORDERS Transcend Information Inc. to show cause in writing by no later than May 12, 2010 why the reassignment order should not be vacated.

**IT IS SO ORDERED.**

Dated: May 7, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE