| | |
|---|---|
| 1 | TODD A. NOAH (State Bar No. 152328)<br>DERGOSITS & NOAH LLP |
| 2 | Three Embarcadero Center, Suite 410<br>San Francisco, California 94111 |
| 3 | Telephone: (415) 705-6377<br>Facsimile: (415) 705-6383 |
| 4 | E-mail: tnoah@dergnoah.com |
| 5 | C. DALE QUISENBERRY (Admitted Pro Hac Vice)<br>POLASEK, QUISENBERRY & ERRINGTON, L.L.P. |
| 6 | 6750 West Loop South, Suite 920<br>Bellaire, Texas 77401 |
| 7 | Telephone: (832) 778-6000<br>Facsimile: (832) 778-6010 |
| 8 | E-mail: dquisenberry@pqelaw.com |
| 9 | Attorneys for Plaintiff<br>ENNOVA DIRECT, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ENNOVA DIRECT, INC., | ) | Case No. 3:10-cv-01518-JCS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL WITH** |
| | ) | **PREJUDICE OF DEFENDANT** |
| A-DATA TECHNOLOGY (U.S.A.) CO., LTD., | ) | **PHILIPS ELECTRONICS NORTH** |
| KINGSTON TECHNOLOGY | ) | |
| CORPORATION, PHILIPS ELECTRONICS | ) | **AMERICA** |
| NORTH AMERICA CORPORATION, | ) | **CORPORATION** |
| PNY TECHNOLOGIES, INC., SONY | ) | |
| ELECTRONICS, INC., THOMSON INC., | ) | |
| TRANSCEND INFORMATION INC., and | ) | |
| VERBATIM AMERICAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

-1-

ORDER OF DISMISSAL | Case No. 3:10-cv-01518-JCS

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Ennova Direct, Inc. ("Ennova") and defendant Philips Electronics North American Corporation ("Philips"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Ennova and Philips, and over the subject matter of this action.

2. Each claim made by Ennova against Philips, and each counterclaim made by Philips against Ennova, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Philips has the right to assert any claims, counterclaims, or defenses, including but not limited to patent invalidity and unenforceability, if Ennova asserts U.S. Patent No. 6,979,210 or any claims thereof against Philips based on any of its products in the future.

4. Each party shall bear its own costs and attorneys' fees.

5. Ennova's claims against the other defendants in this action shall remain pending.

6. The Court shall retain jurisdiction over this matter to ensure that the terms and conditions of the parties' settlement agreement are honored and enforced.

Dated: 6/24/10



JUDGE

-2-

ORDER OF DISMISSAL　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:10-cv-01518-JCS