1  TODD A. NOAH (State Bar No. 152328)
   DERGOSITS & NOAH LLP
2  Three Embarcadero Center, Suite 410
   San Francisco, California 94111
3  Telephone: (415) 705-6377
   Facsimile: (415) 705-6383
4  E-mail: tnoah@dergnoah.com

5  C. DALE QUISENBERRY (Admitted Pro Hac Vice)
   POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6  6750 West Loop South, Suite 920
   Bellaire, Texas 77401
7  Telephone: (832) 778-6000
   Facsimile: (832) 778-6010
8  E-mail: dquisenberry@pqelaw.com

9  Attorneys for Plaintiff
   ENNOVA DIRECT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ENNOVA DIRECT, INC., | ) Case No. 3:10-cv-01518-JCS |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER OF DISMISSAL WITH** |
| A-DATA TECHNOLOGY (U.S.A.) CO.,LTD., KINGSTON TECHNOLOGY CORPORATION, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PNY TECHNOLOGIES, INC., SONY ELECTRONICS, INC., THOMSON INC., TRANSCEND INFORMATION INC., and VERBATIM AMERICAS LLC, | ) **PREJUDICE OF DEFENDANT A-DATA TECHNOLOGY (U.S.A.) CO., LTD.** |
| Defendants. | ) |

-1-

ORDER OF DISMISSAL                                  Case No. 3:10-cv-01518-JCS

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Ennova Direct, Inc. ("Ennova") and defendant A-DATA Technology (U.S.A.) Co., Ltd. ("A-DATA"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over Ennova and A-DATA, and over the subject matter of this action.

2. Each claim made by Ennova against A-DATA in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. Ennova's claims against the other defendants in this action shall remain pending.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

Dated: 7/15/10



_____
JUDGE JO