**United States District Court**
For the Northern District of California

1
2
3
4                         UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6   ENNOVA DIRECT,                              Case No.  C10-01518 JCS
7              Plaintiff(s),
                                                **ORDER REGARDING PRO HAC VICE**
8        v.                                     **APPLICATION OF VICTORIA HAO**
9   LG ELECTRONICS U.S.A.,
10             Defendant(s).
    _____/
11
12         On September 2, 2010, Victoria Hao submitted an Application for Admission of Attorney
13   *Pro Hac Vice*.  Ms. Hao's application states a Fountain Valley, CA address.
14         IT IS HEREBY ORDERED that Ms. Hao shall submit a declaration within ten (10) days
15   addressing Civil L.R. 11-3 (b) (i) and (ii) regarding Disqualification from *Pro Hac Vice* appearance.
16         IT IS SO ORDERED.
17
18   Dated:  September 8, 2010                   _____
19                                               JOSEPH C. SPERO
                                                 United States Magistrate Judge
20
21
22
23
24
25
26
27
28