UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENNOVA DIRECT, INC.,

Plaintiff(s),

v.

A-DATA TECHNOLOGY (U.S.A.) CO., LTD., et al.,

Defendant(s).

CASE NO. 3:10-cv-01518-JCS

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Victoria Hao , an active member in good standing of the bar of Maryland whose business address and telephone number (particular court to which applicant is admitted)
is Law Offices of S.J. Christine Yang
17220 Newhope Street, Suites 101-102
Fountain Valley, CA 92708
Tel: 714-641-4022
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Kingston Technology Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 10/04/10

Honorable Joseph C. Spero
United States Magistrate Judge

RECEIVED OCT X 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA