TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail: tnoahuv.dergnoah.com

Attorneys for Plaintiff
ENNOVA DIRECT, INC.

DUNCAN PALMATIER (SBN 116692)
 e-mail: dpalm@dpalmlaw.com
S. J. CHRISTINE YANG (SBN 102048)
 e-mail: cyang@sjclawpc.com
THE LAW OFFICES OF CHRISTINE YANG
17220 Newhope Street, Suites 101 and 102
Fountain Valley, California 92708
Telephone: (714) 641-4022
Facsimile: (714) 641-2082

Lawyers for Defendant
KINGSTON TECHNOLOGY CORPORATION

*[Additional counsel appears on following page.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ENNOVA DIRECT, INC., | ) Case No. 3:10-cv-01518-JCS |
| Plaintiff, | ) Before the Honorable Joseph C. Spero |
| | ) United States Magistrate Judge |
| v. | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| A-DATA TECHNOLOGY (U.S.A.) CO.,LTD., | ) **OF DISMISSAL WITH PREJUDICE OF** |
| KINGSTON TECHNOLOGY CORPORATION, TRANSCEND INFORMATION INC., and VERBATIM AMERICAS LLC, | ) **KINGSTON TECHNOLOGY CORPORATION** |
| Defendants. | ) |

1  C. Dale Quisenberry (Admitted Pro Hac Vice)
   POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
2  6750 WEST LOOP SOUTH, SUITE 920
   BELLAIRE, TEXAS 77401
3  TELEPHONE: (832) 778-6000
   FACSIMILE: (832) 778-6010
4  E-MAIL: DQUISENBERRY@PQELAW.COM

5  ATTORNEYS FOR PLAINTIFF
   ENNOVA DIRECT, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF KINGSTON TECHNOLOGY
CORP,
Case No. 3:10-cv-01518-JCS

Plaintiff Ennova Direct, Inc. ("Ennova"), and Defendant Kingston Technology Corporation ("Kingston") stipulate that they have reached final agreement on settlement of the claims made in this action and based upon the agreement, consent and approval of the parties, Ennova and Kingston, through their respective attorneys, further stipulate as follows:

1.  This Court has personal jurisdiction over Ennova and Kingston, and over the subject matter of this action.

2.  Each claim made by Ennova against Kingston in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3.  Each party shall bear its own costs and attorneys' fees.

4.  Ennova's claims against the other defendant in this action shall remain pending.

AGREED TO AND ACCEPTED BY:

Dated: November 18, 2010        /s/     Todd A. Noah                    *
                                Todd A. Noah
                                DERGOSITS & NOAH LLP
                                Three Embarcadero Center, Suite 410
                                San Francisco, California 94111
                                Telephone: (415) 705-6377
                                Facsimile: (415) 705-6383
                                E-mail: tnoahuv.dergnoah.com

Dated: November 18, 2010        /s/         C. Dale Quisenberry
                                C. Dale Quisenberry
                                POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
                                6750 West Loop South, Suite 920
                                Bellaire, Texas 77401
                                Telephone: (832) 778-6000
                                Facsimile: (832) 778-6010
                                e-mail: dquisenberry@pqelaw.com

                                Attorneys for Plaintiff
                                ENNOVA DIRECT, INC.

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF KINGSTON TECHNOLOGY CORPORATION
Case No. 3:10-cv-01518-JCS

Dated: November 18, 2010	THE LAW OFFICES OF CHRISTINE YANG

/s/   Duncan Palmatier                                *
Duncan Palmatier
THE LAW OFFICES OF CHRISTINE YANG
17220 Newhope Street, Suite 101 and 102
Fountain Valley, California 92708
Telephone: (714) 641-4022
Facsimile: (714) 641-2082
e-mails:	dpalm@dpalmlaw.com
	cyang@sjclawpc.com

Lawyers for Defendant,
KINGSTON TECHNOLOGY CORPORATION

*  indicates signature with permission by C. Dale Quisenberry

IT IS SO ORDERED this __18__ day of __November_____, 2010.

_____
JOSEPH C. SPERO
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF KINGSTON TECHNOLOGY CORPORATION
Case No. 3:10-cv-01518-JCS

2

**PROOF OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5-5(b) on November 18, 2010. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/    C. Dale Quisenberry

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF KINGSTON TECHNOLOGY CORPORATION
Case No. 3:10-cv-01518-JCS