E. Patrick Ellisen, CA Bar No. 142033
ellisenp@gtlaw.com
Daniel T. McCloskey, CA Bar No. 191944
mccloskeyd@gtlaw.com
James W. Soong, CA Bar No. 196092
soongj@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant and Counterclaimant,
**TRANSCEND INFORMATION, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ENNOVA DIRECT, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>A-DATA TECHNOLOGY (U.S.A.) CO., LTD., et al.,<br><br>        Defendants. | Case No.  C 10-01518 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date: November 19, 2010<br>Time: 1:30 p.m.<br>Ctrm. A, 15th Floor<br>Judge: Honorable Joseph Spero** |
| AND RELATED COUNTERCLAIMS | |

IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1(b) and 6-2(a), by and between Plaintiff Ennova Direct, Inc., ("Ennova") and Defendant Transcend Information, Inc. ("Transcend") (referred to collectively herein as the "Parties"), by and through their undersigned attorneys and subject this Court's approval, as follows:

1. The current Case Management Conference is scheduled for November 19, 2010 at 1:30 p.m. in Courtroom A, 15th Floor of the above-encaptioned court.

2. The Parties participated in a mediation on November 10, 2010, in which they reached a settlement in principle with respect to this matter. The Parties are in the process of preparing and finalizing a settlement agreement. The Parties anticipate that they will complete this process and be in a position to file a stipulation of dismissal of the within action in the near future. The Parties agree that a continuance of the Case Management Conference will allow the Parties to finalize the settlement of this matter without the necessity of further court appearances or litigation activity.

3. The Court has granted a previous stipulated request to extend the Case Management Conference to allow the mediation to be scheduled prior to the Case Management Conference. The Parties anticipate that the extension will not otherwise impact the case schedule, which they expect will be terminated in connection with the resolution of the action.

4. The Case Management Conference currently scheduled for November 19, 2010 at 1:30 p.m. shall be rescheduled to December 10, 2010, at 10:30 a.m., in Courtroom A, 15th Floor of the above-encaptioned court.

Respectfully submitted,

Dated: November 18, 2010                    GREENBERG TRAURIG, LLP


                                            By: */s/ Daniel T. McCloskey*
                                                E. Patrick Ellisen
                                                Daniel T. McCloskey

                                            Attorneys for Defendant and
                                            Counterclaimant,
                                            TRANSCEND INFORMATION, INC.

1

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
CASE NO. C10-01518 JCS

SV 346,596,561v1 11-18-10

Dated: November 18, 2010

POLASEK, QUISENBERRY & ERRINGTON, L.L.P.

By: */s/ C. Dale Quisenberry*
   C. Dale Quisenberry

Attorneys for Plaintiff,
ENNOVA DIRECT, INC.

I hereby attest that I have permission from counsel for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

*/s/ Daniel T. McCloskey*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 19, 2010

JUDGE JOSEPH C. SPERO

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*