TODD A. NOAH (State Bar No. 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail: tnoah@dergnoah.com

C. DALE QUISENBERRY (Admitted Pro Hac Vice)
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010
E-mail: dquisenberry@pqelaw.com

Attorneys for Plaintiff
ENNOVA DIRECT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ENNOVA DIRECT, INC., | ) Case No. 3:10-cv-01518-JCS |
|---|---|
| Plaintiff, | ) **ORDER OF DISMISSAL WITH** |
| v. | ) **PREJUDICE OF DEFENDANT** |
|  | ) **TRANSCEND INFORMATION INC.** |
| A-DATA TECHNOLOGY (U.S.A.) CO.,LTD., KINGSTON TECHNOLOGY CORPORATION, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PNY TECHNOLOGIES, INC., SONY ELECTRONICS, INC., THOMSON INC., TRANSCEND INFORMATION INC., and VERBATIM AMERICAS LLC, | ) |
| Defendants. | ) |

-1-

Case No. 3:10-cv-01518-JCS

1
2    Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between plaintiff Ennova
3  Direct, Inc. ("Ennova") and defendant Transcend Information Inc. ("Transcend"), IT IS HEREBY
4  ORDERED, ADJUDGED AND DECREED as follows:
5
6    1.   This Court has personal jurisdiction over Ennova and Transcend, and over the subject
7  matter of this action.
8    2.   Each claim made by Ennova against Transcend, and each counterclaim made by Transcend
9  against Ennova, in this action is hereby dismissed with prejudice on the basis of the settlement reached,
10 pursuant to Fed. R. Civ. P. 41.
11
12   3.   Each party shall bear its own costs and attorneys' fees.
13   4.   The Court shall retain jurisdiction over this matter to insure that the terms and conditions of
14 the parties' settlement agreement are honored and enforced.
15
16   IT IS SO ORDERED this __9th__ day of December, 2010.
17
18
19   _____
     JOSEPH C. SPERO
20   UNITED STATES MAGISTRATE JUDGE



-2-

Case No. 3:10-cv-01518-JCS